PROB 12C
(6/16)

Report Date: March 13, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 13 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dartanyan J. Turner                Case Number: 0980 2:08CR00173-WFN-7

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 17, 2009

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Utter Counterfeit Securities of an Organization, 18 U.S.C. §§ 270, 513 | |
| Original Sentence: | Prison - 120 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: July 18, 2017 |
| Defense Attorney: | Lorinda Youngcourt | Date Supervision Expires: July 17, 2020 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/30/2018 and 03/01/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: On March 8, 2019, Dartanyan Turner submitted a urine specimen at the U.S. Probation Office which yielded initial positive findings for cocaine. Mr. Turner denied use of cocaine at that time. Mr. Turner's specimen was forwarded to Alere Laboratory for testing. Dartanyan Turner's urine specimen submitted on March 8, 2019, was confirmed positive for cocaine on March 13, 2019.<br><br>On July 19, 2017, Dartanyan Turner was provided the judgment and sentence for case numbers 2:08CR00150-WFN-1 and 2:08CR00173-WFN-7. Additionally, he signed said judgments indicating that he fully understood the conditions of his term of supervision. Specifically, that he refrain from any unlawful use of a controlled substance. |

| | |
|---|---|
| 8 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

**Supporting Evidence**: On March 8, 2019, Dartanyan Turner was directed by the undersigned officer to report to the U.S. Probation Office on March 12, 2019, by 4 PM. Dartanyan Turner failed to report to the U.S. Probation Office as directed.

On July 19, 2017, Dartanyan Turner was provided the judgment and sentence for case numbers 2:08CR00150-WFN-1 and 2:08CR00173-WFN-7. Additionally, he signed said judgments indicating that he fully understood the conditions of his term of supervision. Specifically, that he answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

| | |
|---|---|
| 9 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |

**Supporting Evidence**: On March 8, 2019, Dartanyan Turner was the passenger in a vehicle that was stopped by Spokane police. Driving the vehicle was a wanted federal fugitive, Richard Shain. Mr. Shain is a convicted felon, who was wanted by the District of Idaho. Mr. Shain is also listed as an associate of the Rollin 20's Crips street gang.

On July 19, 2017, Dartanyan Turner was provided the judgment and sentence for case numbers 2:08CR00150-WFN-1 and 2:08CR00173-WFN-7. Additionally, he signed said judgments indicating that he fully understood the conditions of his term of supervision. Specifically, that he not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony.

| | |
|---|---|
| 10 | **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. |

**Supporting Evidence**: Dartanyan Turner was contacted and questioned by Spokane police on March 8, 2019, at approximately 11:20 PM. To date, Mr. Turner has failed to report said law enforcement contact to the probation office.

On July 19, 2017, Dartanyan Turner was provided the judgment and sentence for case numbers 2:08CR00150-WFN-1 and 2:08CR00173-WFN-7. Additionally, he signed said judgments indicating that he fully understood the conditions of his term of supervision. Specifically, that he notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/13/2019

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

3/13/19
Date